UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>　　　　　Plaintiff )<br>)<br>vs. )<br>Correa-Contrevaz, et al. )<br>)<br>　　　　　Defendant(s) )<br>_____ ) | CRIMINAL NO. 08mj0445<br><br>ORDER<br><br>RELEASING MATERIAL WITNESS<br><br>Booking No. |

On order of the United States District/(Magistrate Judge,) **CATHY ANN BENCIVENGO**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: ((Bond Posted) / Case Disposed / Order of Court).

Javier Diaz-Morales

DATED: 3/3/08

　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____            OR
　　　　　DUSM
　　　　　　　　　　　　　　　　　　　W. SAMUEL HAMRICK, JR. Clerk
　　　　　　　　　　　　　　　　　　　by _____
　　　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk

CLERK'S OFFICE COPY　　　　　　　　　　　　☆ U.S. GPO: 2003-581-774/70082
mc500 Crim-25 rev. 8-95