UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff ) <br> ) <br> vs. ) <br> ) <br> Corria-Contreras, et al ) <br> ) <br> ) <br> Defendant(s) ) <br> _____ ) | CRIMINAL NO. 08mj0445 <br><br> ORDER <br><br> RELEASING MATERIAL WITNESS <br><br> Booking No. |

On order of the United States District/Magistrate Judge, **CATHY ANN BENCIVENGO**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / Order of Court).

Pedro Ramirez-Garcia

DATED: 3/3/08

_____
**CATHY ANN BENCIVENGO**
UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____          OR
              DUSM

W. SAMUEL HAMRICK, JR.  Clerk
                by _____
                         Deputy Clerk